UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AULTON DANIEL GOBEN III,

Plaintiff,

v.

VITAL CORE HEALTH
STRATEGIES, et al.,

Defendants.
______________________________/

Case No. 1:25-cv-471

HON. JANE M. BECKERING

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants Vital Core Health Strategies and Michael Tomaszczyk, M.D. (named as unknown Tomizac) filed a Motion for Summary Judgment (ECF No. 46). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 1, 2026 (ECF No. 49), recommending that this Court grant Defendants' motion, decline to exercise supplemental jurisdiction over the remaining state-law claims, and dismiss this case. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 49) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 46) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: November 6, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge